I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/20/14

D. Vo
DEPUTY CLERK

JS-6 / Entered

**FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DV   DEPUTY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>    Petitioner,<br><br>vs.<br><br>ERIC HOLDER (U.S. Attorney General),<br><br>    Respondent. | Case No. CV 14-8272-VAP (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

IT IS HEREBY ADJUDGED that the Petition is summarily dismissed for lack of jurisdiction..

DATED: 11/16/14

Virginia A. Phillips
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY TO   DEPUTY**